AO 256 (Rev. 2/86)

# CRIMINAL DOCKET - U.S. District Court

| | | | | | |
|---|---|---|---|---|---|
| PO ☐ 0417 5 Assigned 1707 | ☐ WRIT | U.S. vs. HARRIS, Robert a/k/a Ron Smith | Case Filed Mo. 05 Day 07 Yr. 91 | Docket No. 00041-02 | Def. |
| Misd. ☐ Disp./Sentence 1707 | ☐ JUVENILE | | No. of Def's 3 | U.S. MAG. CASE NO. | |
| Felony ☒ District Off Judge/Magist. | ☐ ALIAS OFFENSE ON INDEX CARD | (LAST, FIRST, MIDDLE) | | | |

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM. |
|---|---|---|---|
| 21:846 | conspiracy to poss. w/intent to distr. & to distr. cocaine base (crack) - Ct. 1 | 1 | X |
| 21:841(a)(1) | poss. w/intent to distr. cocaine base (crack) - Ct. 2 | 1 | X |

SUPERSEDING COUNTS

## II. KEY DATE

**INTERVAL ONE**
- KEY DATE: 4/19/91 — EARLIEST OF
  - ☒ arrest
  - ☐ sum'ns
  - ☐ custody
  - ☐ appears—on complaint

**END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL)**
- KEY DATE: 5/7/91 — APPLICABLE
  - ☒ Indictment filed/unsealed
  - ☐ consent to Magr. trial on complaint
  - ☐ Information
  - ☐ Felony-W/waiver

- KEY DATE: 5/7/91
  - a) ☒ 1st appears on pending charge /R40
  - b) ☐ Receive file R20/21
  - c) ☐ Supsdg: ☐ Indt ☐ Inf
  - d) ☐ Order New trial
  - e) ☐ Remand  f) ☐ G/P Withdrawn

**END INTERVAL TWO**
- KEY DATE: 8-12-91 — APPLICABLE
  - ☐ Dismissal
  - ☒ Pled guilty { After N.G.
  - ☐ Nolo { After nolo
  - ☐ Trial (voir dire) began ☐ Jury ☐ N.J.

| 1st appears with or waives counsel 5/7/91 | ARRAIGNMENT 8-12-91 | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE | SENTENCE DATE | ☐ PTD Nolle ☐ Pros. on S.T. | FINAL CHARGES DISMISSED ☐ grounds ☐ W.P. ☐ WOP | on def motion on gov't motion |

## III. MAGISTRATE

| Search Warrant | Issued / Return | DATE | INITIAL/NO. |
|---|---|---|---|
| Summons | Issued / Served | | |
| Arrest Warrant Issued | | 4/19/91 | ABD-17BA |
| COMPLAINT ▶ | | 4/19/91 | ABD-17BA |
| Date of Arrest 4/19/91 | OFFENSE (In Complaint) 21:841(a)(1) | | |

INITIAL APPEARANCE DATE ▶ 4/19/91
PRELIMINARY EXAMINATION { Date Scheduled ▶ 4/25/91
REMOVAL OR HEARING { Date Held ▶ 4/25/91
☐ WAIVED  ☐ NOT WAIVED  Tape Number
☐ INTERVENING INDICTMENT

OUTCOME:
☐ DISMISSED
☒ HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT
☐ HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW

Show last names and suffix numbers of other defendants on same indictment/information:
→ 01-Ringling, 03-Paul

RULE  20 ☐  21 ☐  40 ☐  In ●  Out ☐

## IV. ATTORNEYS

U.S. Attorney or Asst.
**J. Douglas McCullough**

Defense: 1 ☒ CJA  2 ☐ Ret.  3 ☐ Waived  4 ☐ Self  5 ☐ Non/Other  6 ☐ PD  7 ☐ CD

4160-6 Hutch River Parkway
New York, New York
212-671-8346

Alexis C. Pearce
P. O. Box 1151
Raleigh, N.C. 27602
919-821-4711

In Custody 5-14-91

70 days up: 7/16/91 w/o ms.

Sen: 11/25 - Wulm

## BAIL ● RELEASE

**PRE-INDICTMENT**

| Release Date | 4/25/61 |
|---|---|
| ☐ Bail Denied | ☐ Fugitive |
| | ☐ Pers. Rec. |
| AMOUNT SET $100,000 | ☐ PSA |
| | ☐ Conditions |
| Date Set 4/25/91 | ☐ 10% Dep. |
| | ☐ Surety Bnd |
| ☐ Bail Not Made | ☐ Collateral |
| Date Bond Made 4/25/91 | ☐ 3rd Prty |
| | ☐ Other |

**POST-INDICTMENT**

| Date Bail Denied | |
|---|---|
| | ☐ Fugitive |
| | ☐ Pers. Rec. |
| AMOUNT SET | ☐ PSA |
| | Conditions |
| Set | ☐ 10% Dep. |
| | ☐ Surety Bnd |
| Not Made | ☐ Collateral |
| Date Bond Made | ☐ 3rd Prty |
| | ☐ Other |

APPEALS FEE PAYMENTS

## FINE AND RESTITUTION PAYMENTS

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|---|---|
| | | | | | |

Docket Entries Begin On Reverse Side

## V. PROCEEDINGS

(OPTIONAL) Show last names of defendants

**HARRIS**

| Date | Doc # | Proceedings | Excl. Delay | Ltr | Days |
|---|---|---|---|---|---|
| 4/19/91 | 1. | **CRIMINAL COMPLAINT** | | | |
| | -- | **RETURN ON WARRANT FOR ARREST** and **WARRANT** - received and executed 4/19/91 - Randy L. Smith - DEA | | | |
| | -- | **INITIAL APPEARANCE** - Ral - Denson - Recorded<br>   Prsent w/o counsel<br>   Advised of rights and charges<br>   Govern. moves for det.<br>   Deft. requests ct-assgn. counsel - CJA 23 approved | | | |
| | 2. | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** - set for 4/25/91 at 2:30 P.M. - 1c: USM, USA, PTS, Denson, Joyce Todd, Counsel. | | | |
| | 3. | **ORDER** - appointng the FPD (Denson, J) 1c: FPD w/file and USa and PTS | | sr | |
| 4/24/91 | 4. | **APPEARANCE** - by Atty. Alexis C. Pearce - 1c: USA, PTS, USPO, Denson, Judge Fox and J. McCotter | | sr | |
| 4/25/91 | -- | **DET. HR/PROB. CAUSE** - Ral - Denson - Janet Leggett Ct. Reporter<br>   Govern. does not move for det. Probable cause waived<br>   $100,000 bond set w/3rd party custody | | | |
| | 5. | **WAIVER OF PRELIMINARY EXAMINATION** - 1c: USA and counsel | | sr | |
| | 6. | **ORDER SETTING CONDITIONS OF RELEASE** - $100,000 unsecured bond w/3rd party custody and conditons executed on 4/25/91 - (Denson, J) - cys. distr. | | sr | |
| | 7. | **APPEARANCE BOND** - $100,000 unsecured bond - cys. distr. | | sr | |
| 5/8/91 | 8. | **GOVERNMENT'S MOTION TO REVOKE BOND** w/s. 1c: Denson | 5/8/91 | | |
| | -- | **ISSUED NOTICE TO APPEAR** - set for bond revocation hearing on 5/14/91 at 2:30 P.M. in Raleigh before Denson - 1c: J. Denson, USA, USM, USPTS, Attorney, Joyce Todd. | | sr | |
| 5/7/91 | 9. | **INDICTMENT** - 1c: USA, USPO/PTS, USM, McCotter, Judge Fox, Atty. Pearce. | | sr | |
| 5/14/91 | 10. | **ORDER ON PRE-TRIALS SCHEDULING** -<br>        discovery 5/27/91<br>        motions by 6/6/91<br>        responses by 6/17/91<br>        (McCotter, J) 1c: USA, Judge Fox and<br>        Mr. Pearce (ent. 5/14/91) | | sr | |
| | -- | **BOND REVOCATION HEARING** in Ral before USMJ Denson - Jo Bush Court Reporter - Deft present w/counsel - Govt and Defense present evidence thru sworn testimony - Court find deft has violated his conds of release - Placed in USM custody | | vp | |
| | 11. | **ORDER OF PRETRIAL DETENTION** - the court concludes that the deft has threatened an important government witness in this case and has attempted to intimidateher into not testifying against him. This conduct cannot be tolerated and he must be detained pending trial. | | vp | |
| | 12. | **WAIVER OF RIGHT TO BE PRESENT AT TRIAL** by deft - 1c: USA, USPO, Judge Fox, Counsel | | vp | |
| 6/17/91 | 13. | **ORDER** - per motion of co-deft. Ringling for continuance from 7/8/91 cal - motion is granted and case is continued to 8/12/91-Wilm - excl u/18:3161(h)(8)(A) and (h)(8)(B)(i) (Fox, J) Cr. OB#43, P. 238 - cys. distr. and 1c: Mr. Pearce (ent. 6/17/91) | 7/8/91<br>8/12/91 | sr | 37 |
| 7/24/91 | -- | **ISSUED NOTICE TO APPEAR** - set for ar & tr on 8/12/91 at 9 A.M. in Wilm. before Judge Fox - 1c: USA and Mr. Pearce | | sr | |






UNITED STATES DISTRICT COURT
CRIMINAL DOCKET   U.S. vs   HARRIS, Robert
                            a/k/a Ron Smith

AO 256A

91-41-02-CR-

| Yr. | Docket No. | Def. |

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY |||| 
|------|-------------------------|-----|-----|-----|-----|
|      | (Document No.)          | (a) | (b) | (c) | (d) |
| 8/12/91 | -- Wilm. - Judge Fox - Talley Taylor Ct. Reporter<br>    Deft. sworn - competent<br>14. MEMORANDUM OF PLEA AGREEMENT - 1c: USA, USPO,<br>                                Judge Fox, Mr. Pearce<br>    Rule 11<br>    Plea of G/Ct. 1 - conditional<br>    Deft's M/Dism. Ct. 2 - u/advisement<br>    In custody<br>    Sen: 11/25/91 - Wilm. - 9 A.M. | sr | | | |
| 11/1/91 | **ISSUED NOTICE TO APPEAR - set for sentencing on Monday,**<br>        **November 25, 1991, at 9 A.M. before Judge Fox**<br>        **1c: USA and     Mr. Pearce** | sr | | | |
| 11/25/91 | -- Wilm. - Judge Fox - Talley Taylor Ct. Reporter<br>    Sen: PSI - no objections<br>    Govern/s M/Sub. Assistance - allowed<br>15. **GOVERNMENT MOTION FOR DOWNWARD DEPARTURE DUE TO**<br>    **SUBSTANTIAL ASSISTANCE** - 1c: Judge Fox - allowed<br>16. **JUDGMENT IN A CRIMINAL CASE** - offenses after 11/1/87<br>    $50.00 special assessment<br>    90 months impr<br>    Ct. recommends that deft. be allowed to serve his sen.<br>    at FCI, Otisville, New York<br>    60 months sup. release<br>    W/n 72 hrs. report to USPO upon release<br>    Not poss. a firearm. or other destructive device<br>    1. not incur new credit charges or open add. lines of<br>    credit w/o the approval of the probation office<br>    2. provide the probation office w/access to any req. fin<br>    information<br>    3. part. as directed in a program approved by the probation<br>    office for trm. of narcotic addiction, drug dependency or<br>    alcohol dependency which will include urinalysis testing or<br>    orther drug detection measures<br>    4. part. in a vocational rehab. program as directed by the<br>    p. o.<br>    The court does not impose a fine.<br>    Stm. of reasons in file<br>    Denial of benefits - 5 yrs. ending 11/25/96<br>    (Fox, J) Cr. OB#45, P. 60 - 1c: deft. USPO, Judge Fox,<br>    Fin. Sec., DOJ, Mr. Pearce 2c: USA and 3c: USM<br>    (ent. 11/29/91) | | sr | | |
| 12/4/91 | 17. **MOTION FOR CHANGE OF IMPRISONMENT RECOMMENDATION**<br>    by deft. 1c: Judge Fox | | 12/4/91<br>12/10/91 | | |
| 12/10/91 | 18. **ORDER** - J&C amended to reflect that the court recommends<br>    to BOP that deft. be allowed to serve his sen. at<br>    FCI, Danbury, Connecticut - in all other respects the<br>    judgment is ratified as entered.<br>    (Fox, J) Cr. Ob#45, P. 80 -1c: Mr. Pearce, USPO,<br>    USA and USM (ent. 12/10/91) | sr | | | |

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|
| | | (a) | (b) | (c) | (d) |
| 12/27/91 | PSI returned to USPO | | sr | | |
| 7/23/97 | TRANSFER OF JURISDICTION - <br>   lc: Judge Fox, USA, USPO(both districts), F. Sec., F.Cen., <br>      Clerk-EDVA, w/copy of Indict., J&C, docket sheet <br> LETTER - forwarding case to Clerk-EDVA, lc: Judge Fox, USA, <br>    USPO(both districts), F.Cen., F.Sec. <br> Case jurisdiction as to sup. release transferred to EDVa-Norfolk. | | sr | | |